187 So.2d 443

**Gerald F. LOFASO and Baron B. Bourg**

**v.**

**Betty BLANCHARD and Hilary P. Blanchard.**

No. 48269.

June 21, 1966.

In re: Mrs. Betty Blanchard and Hilary P. Blanchard applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 185 So.2d 579.

Not considered. Filed too late. See Article VII, Section 11, Louisiana Constitution.

187 So.2d 443

**Roberta Robichaux HOLLIER, individually and for the use and benefit of Randy George Hollier,**

**v.**

**Ed BAHRY, Sr., et al.**

No. 48271.

June 21, 1966.

In re: Ed Bahry, Sr. applying for writ of review.

Writ refused. The ruling complained of is correct.